SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**BRYAN CHINWUBA, ILSB #6323733**
Bryan.Chinwuba@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA**

**v.**

**RUDY ARRAZOLA-MEJIA,**

**Defendant.**

**3:24-cr-00419-SI**

**GOVERNMENT'S SENTENCING MEMORANDUM**

**Introduction**

In 2024, DEA agents conducted two controlled fentanyl purchases from defendant before executing a federal search warrant on defendant's residence in Aloha, Oregon. During the search, agents seized a large amount of fentanyl. There are no factual disputes with respect to defendant's conduct between defendant and the government. The government recommends a sentence on the low end of the guideline range followed by three years of supervised release and a $100 fee assessment.

/ / /

/ / /

/ / /

# I. FACTUAL BACKGROUND

## A. The Offense Conduct

On July 31, 2024, a DEA confidential source ordered a fentanyl sample from a drug distributor over the phone. The drug distributor dispatched defendant, who delivered approximately 62 grams of fentanyl to the confidential source in Aloha, Oregon.

On August 27, 2024, a DEA confidential source ordered fentanyl again from the same drug distributor. The distributor dispatched defendant who again delivered 113 grams of fentanyl in Aloha, Oregon.

On October 3, 2024, DEA executed a federal search warrant at defendant's residence in Aloha, Oregon. Agents found and seized approximately 3,856 grams of fentanyl from the residence.

## B. The Charges

Defendant is charged in Count One of the Indictment with possession with intent to distribute fentanyl. On March 5, 2026, defendant pleaded guilty to Count One of the Indictment.

# II. GOVERNMENT'S RECOMMENDED SENTENCE

| | |
|---|---|
| 34 | BOL |
| -4 | Minor Role 2D1.1 |
| -4 | Minor Role 3B1.2 |
| -3 | Acceptance |
| -2 | Safety Valve |
| -2 | 3553(a) Early Acceptance |
| -2 | Zero Point Offender |
| = 17 | 24-30 months (CHC I) |

/ / /

/ / /

/ / /

Based on defendant's acceptance of responsibility, the government recommends a sentence on the low end of the guideline range followed by a three-year term of supervised release, subject to the standard conditions, and a $100 fee assessment.

Dated: June 3, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Bryan Chinwuba*
BRYAN CHINWUBA, ILSB #6323733
Assistant United States Attorney